UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14760
   KERMIT R TATE
                                 CHAPTER 13

                                 JUDGE: JACQUELINE P COX

       Debtor
  SSN XXX-XX-2886

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/09/2008 and was not confirmed.

    The case was dismissed without confirmation 10/06/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO BANK NA | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | NOT FILED | .00 | .00 |
| BLOOM FDSB | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 846.00 | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 878.59 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 1683.92 | .00 | .00 |
| NORTH RIVERSIDE POLICE | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE BETHANY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 617.30 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 510.00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRA RECEIVABLES MGMT | UNSECURED | 1416.12 | .00 | .00 |
| VILLAGE OF HOMEWOOD | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF HOMEWOOD | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 10287.48 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 9275.18 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | .00 | .00 | .00 |
| DARLENE TATE | NOTICE ONLY | NOT FILED | .00 | .00 |
| DUTTON & DUTTON | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| JUANITA LEWIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SACRAMENTO DEPT CHILD SU | DSO ARREARS | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO BANK | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| LEEDERS & ASSOCIATES LTD | DEBTOR ATTY | 2,804.00 | | 1,160.00 |
| TOM VAUGHN | TRUSTEE | | | 90.00 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   1,250.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,160.00
TRUSTEE COMPENSATION                              90.00
DEBTOR REFUND                                       .00
                          ---------------   ---------------
TOTALS                    1,250.00             1,250.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/26/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE








                         PAGE   2
              CASE NO. 08 B 14760 KERMIT R TATE